No. 11–510.  DELOITTE & TOUCHE LLP ET AL. *v.* RGH LIQUIDATING TRUST ET AL.  Ct. App. N. Y.  Certiorari denied.

No. 11–512.  TEAVER *v.* SEATRAX OF LOUISIANA, INC., ET AL. C. A. 5th Cir.  Certiorari denied.

No. 11–513.  TSUJI *v.* ISHIMOTO.  C. A. 9th Cir.  Certiorari denied.

No. 11–515.  AL-JURF *v.* SCOTT-CONNER ET AL.  Ct. App. Iowa.  Certiorari denied.

No. 11–516.  MBAKPUO *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir.  Certiorari denied.

No. 11–518.  WORRELL *v.* HOUSTON CAN! ACADEMY.  C. A. 5th Cir.  Certiorari denied.

No. 11–522.  GOUDA ET VIR *v.* HSBC BANK USA, NA.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 11–523.  KORNFELD *v.* FLOOD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–530.  HATCHIGIAN *v.* CITIZENS PUBLIC ADJUSTERS, INC., ET AL.  Super. Ct. Pa.  Certiorari denied.

No. 11–533.  CARRICK *v.* SANTA CRUZ COUNTY, CALIFORNIA. Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 11–534.  BURKE *v.* METROPOLITAN TRANSPORTATION AUTHORITY ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–542.  PARKER *v.* MOTORS LIQUIDATION CO., FKA GENERAL MOTORS CO., ET AL.  C. A. 2d Cir.  Certiorari denied.

